TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-06-00086-CR







Juan Martin Lopez, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT


NO. CR-04-780, HONORABLE WILLIAM HENRY, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's fifth motion for extension of time to file brief is granted. Appellant's
counsel, Mr. David K. Sergi, is ordered to tender a brief in this cause no later than November 10,
2006. No further extension of time will be granted.

It is ordered November 1, 2006. 


Before Chief Justice Law, Justices Patterson and Puryear

Do Not Publish